UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DICKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>G. GOMEZ, et al.,<br><br>    Defendants. | No. 1:17-cv-00294-DAD-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. Nos. 10, 11, 12) |

Plaintiff Christopher Dickson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On October 10, 2017, the magistrate judge issued findings and recommendations recommending that plaintiff's motions for preliminary injunctive relief (Doc. No. 13) be denied. Plaintiff's objections to those findings and recommendations were due within fourteen days. Plaintiff did not file objections to the findings and recommendations and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

/////

1

undersigned concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, it is hereby ordered that:

1. The findings and recommendations issued on October 10, 2017 (Doc. No. 13) are adopted in full;
2. Plaintiff's motions for preliminary injunctive relief (Doc. Nos. 10, 11, 12) are denied; and
3. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **December 22, 2017**

UNITED STATES DISTRICT JUDGE