# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DICKSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>G. GOMEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00294-DAD-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR CASE STATUS<br>(ECF No. 17)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE PLAINTIFF |

Plaintiff Christopher Dickson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion seeking a status of his case (ECF No. 17.) Plaintiff asserts that he had his family call the Clerk of the Court to inquire about his case status, and was informed that an order was issued in December 2017 that he did not receive. Plaintiff asks for information about that order, and an update on the status of his action.

The Court issued an order on December 22, 2017, which was served on Plaintiff by mail by the Clerk of the Court that same day. (ECF No. 16.) The docket does not reflect that any mail was returned from Plaintiff, nor any notification of any change in address since this action was filed. Nevertheless, in an abundance of caution, the Court will direct the Clerk of the Court to re-serve the Court's December 22, 2017 order on Plaintiff. In general, copies of court filings may be obtained from the Clerk of the Court at a charge of $.50 per page for copies of documents, *see*

28 U.S.C. § 1914(b), upon written request, with prepayment of the copy fees and submission of a large, self-addressed stamped envelope.

No further orders have been issued since the December 22, 2017 order, and Plaintiff's first amended complaint is before the Court for screening. Plaintiff's pleading will be screened in due course.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion requesting a status update (ECF No. 17) is GRANTED, as stated above; and
2. The Clerk of the Court is directed to re-serve Plaintiff with the order issued on December 22, 2017 (ECF No. 16) by mail at his address of record.

IT IS SO ORDERED.

Dated: **April 16, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE