# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DICKSON,<br><br>        Plaintiff,<br><br>vs.<br><br>G. GOMEZ, et al.,<br><br>        Defendants. | 1:17-cv-00294-DAD-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR CLARIFICATION, AND *SUA SPONTE* GRANTING EXTENSION OF TIME TO EITHER FILE SECOND AMENDED COMPLAINT OR NOTICE OF WILLINGNESS TO PROCEED ON COGNIZABLE CLAIMS<br><br>(Doc. 20)<br><br>**THIRTY-DAY DEADLINE** |

        Plaintiff Christopher Dickson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

        Currently before the Court is Plaintiff's motion for clarification, filed on July 5, 2018. (Doc. 20.) Plaintiff asserts that he sent an amended complaint on November 15, 2017 in two separate envelopes, and it appears based on the Court's most recent screening order that it did not receive the full document. Plaintiff also seeks clarification of the Court's order that it will not refer to prior pleadings to determine what claim or claims Plaintiff is seeking to pursue.

        The amended complaint, received and filed on November 20, 2017, consists of eight pages, including the amended complaint form pages, a few additional added pages, and a proof of service by mail. (Doc. 15.) That was the document screened in the Court's June 21, 2018 order. (Doc. 19.) Further, as discussed in the court's orders, all claims, allegations, and parties must be pleaded in a single document, limited to twenty-five (25) pages total.

1

| | |
|---|---|
| 1 | Plaintiff also states that he seeks copies of his filings.  Although the Court has granted |
| 2 | Plaintiff leave to proceed *in forma pauperis*, this generally does not entitle him to free copies of |
| 3 | documents from the Court.  *E.g., Hullom v. Kent*, 262 F.2d 862, 863 (6th Cir. 1959).  The Clerk |
| 4 | charges $.50 per page for copies of documents.  *See* 28 U.S.C. § 1914(b).  Copies may be made |
| 5 | by the Clerk's Office at this Court upon written request, prepayment of the copy fees, and |
| 6 | submission of a large, self-addressed stamped envelope. |

As it appears Plaintiff may wish to file a second amended complaint, the Court will *sua sponte* grant Plaintiff an extension of time to comply with the Court's June 21, 2018 order.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for clarification, filed on July 5, 2018 (Doc. 20) is granted, as discussed above; and

2. Plaintiff's second amended complaint or notice of williness to proceed on the claims found cognizable in the Court's June 21, 2018 order, is due with **thirty-days** from the date of this order.

IT IS SO ORDERED.

Dated: **July 9, 2018**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

2