UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DICKSON,<br><br>Plaintiff,<br><br>v.<br><br>G. GOMEZ, et al.<br><br>Defendants. | Case No.: 1:17-cv-00294-DAD-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 30) |

Plaintiff Christopher Dickson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint against Defendants Gomez, Rios, and Martinez for excessive force in violation of the Eighth Amendment, against Defendants Duncan and Esparza for violation of Plaintiff's due process rights under the Fourteenth Amendment, and against Defendant Sao for deliberate indifference to serious medical needs in violation of the Eighth Amendment. (ECF No. 23.)

Currently before the Court is Defendants' request for an extension of time to file a responsive pleading, filed on August 14, 2019. (ECF No. 30.) In their motion, Defendants request an extension of time because their counsel needs additional time to talk with a couple of them and potentially review more documents before their responsive pleading can be completed and filed. (Id. at 2.)

Having considered Defendants' request, the Court finds that Defendants have established

1

good cause for an extension of time to file a responsive pleading. Fed. R. Civ. P. 6(b). Accordingly, Defendants' motion for an extension of time to file a responsive pleading, (ECF No. 30), is HEREBY GRANTED. Defendants shall file a pleading responding to Plaintiff's second amended complaint on or before **September 19, 2019**.

IT IS SO ORDERED.

Dated: __**August 15, 2019**__     ____/s/ *Barbara A. McAuliffe*____
                                                             UNITED STATES MAGISTRATE JUDGE