# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DICKSON,<br><br>  Plaintiff,<br><br>  v.<br><br>GOMEZ, *et al.*,<br><br>  Defendants. | Case No. 1:17-cv-00294-DAD-BAM (PC)<br><br>ORDER REINSTATING BRIEFING ON PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 70)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Christopher Dickson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Gomez, Rios, and Martinez for excessive force and against Defendants Duncan and Esparza for violations of Plaintiff's due process rights.

On May 21, 2021, Plaintiff filed a motion for an order compelling discovery. (ECF No. 70.) On May 25, 2021, the Court issued an order directing the parties to meet and confer regarding the discovery dispute, and to file a joint statement following the parties' conference. The Court stayed further briefing on Plaintiff's motion to compel. (ECF No. 71.)

The parties' Joint Discovery Report, filed on June 16, 2021, detailed six discovery issues that remain unresolved following the meet and confer phone call. (ECF No. 72.) The joint statement is signed by Plaintiff and counsel for Defendants. (*Id.*)

///

1

Having considered the representations of the parties, the Court finds it appropriate to reinstate briefing on Plaintiff's motion to compel regarding the remaining six discovery issues only. Any discovery issues already resolved during the meet and confer process need not be briefed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **twenty-one (21) days** from the date of service of this order, Defendants shall file an opposition or statement of non-opposition to Plaintiff's motion to compel discovery, (ECF No. 70), **including copies of the original discovery requests and responses remaining at issue**; and
2. Plaintiff shall file his reply, if any, within **seven (7) days** from the date of filing of Defendants' response or opposition to the motion to compel.

IT IS SO ORDERED.

Dated: **June 18, 2021**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE