UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DICKSON,<br>            Plaintiff,<br><br>v.<br><br>GOMEZ, *et al.*,<br>            Defendants. | 1:17-cv-00294-DAD-BAM  (PC)<br><br>**AMENDED** ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF **CHRISTOPHER DICKSON, CDCR #K-77330, BY ZOOM VIDEO CONFERENCE**<br><br>DATE: November 4, 2021<br>TIME:  9:00 a.m. |

Christopher Dickson, inmate, CDCR #K-77330, a necessary and material witness in a settlement conference in this case on November 4, 2021, is confined at California Correctional Institution (CCI), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** before Magistrate Judge Dennis M. Cota on Thursday, November 4, 2021, at 9:00 a.m.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. This shall amend the writ issued October 4, 2021.

    2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

    3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Christy Pine, Courtroom Deputy, at cpine@caeduscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CCI, P.O. Box 1031, Tehachapi, California 93581:**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** to testify before Judge Cota at the time and place above, until completion of the settlement conference, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

Dated: **October 12, 2021**        /s/ Barbara A. McAuliffe
                          UNITED STATES MAGISTRATE JUDGE