# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DICKSON,<br><br>              Plaintiff,<br><br>       v.<br><br>GOMEZ, *et al.*,<br><br>              Defendants. | Case No.  1:17-cv-00294-ADA-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE<br><br>(ECF No. 92) |

Plaintiff Christopher Dickson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Gomez, Rios, and Martinez for excessive force in violation of the Eighth Amendment and against Defendants Duncan and Esparza for violations of Plaintiff's Fourteenth Amendment due process rights.

On March 9, 2023, Plaintiff filed a motion for the Court to set this matter for a video settlement conference.  (ECF No. 92.)  The Court directed Defendants to file a brief written response indicating whether they are also willing to participate in a settlement conference in this matter.  (ECF No. 93.)  Defendants filed a response on March 28, 2023, stating that at this time, a third formal settlement conference does not appear to be a worthwhile use of resources for the parties or the Court.  (ECF No. 94.)  Defendants also indicate that they have sent Plaintiff correspondence inviting a written settlement demand and have a teleconference scheduled with

1 Plaintiff on March 29, 2023.  (*Id.*)

2 Without a clear indication from all parties to the action that they are willing to discuss settlement, the Court does not find that it would be an efficient use of judicial resources to set this case for a settlement conference at this time.  The parties are reminded that they are free to settle this matter without judicial involvement at any time by communicating among themselves.  If in the future the parties jointly decide that this action would benefit from a Court-facilitated settlement conference, or if they are able to reach an independent settlement agreement, they may so inform the Court.

Accordingly, Plaintiff's request for a settlement conference, (ECF No. 92), is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated:  **March 29, 2023**           /s/ Barbara A. McAuliffe           
UNITED STATES MAGISTRATE JUDGE