|  |  |
|---|---|
| CHRISTOPHER DICKSON,<br><br>              Plaintiff,<br><br>   v.<br><br>GOMEZ, *et al.*,<br><br>             Defendants. | Case No.  1:17-cv-00294-KES-BAM (PC)<br><br>ORDER DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS OR STATUS REPORT<br><br>(Doc. No. 110)<br><br>FOURTEEN (14) DAY DEADLINE |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

    Plaintiff Christopher Dickson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 3, 2025, the parties participated in a settlement conference before the undersigned. (Doc. No. 110).  Based on the settlement, the Court stayed all pending deadlines and directed the parties to file dispositional documents within thirty (30) days.  (*Id*.).  On February 25, 2025, Plaintiff filed a notice of disposition with the Court indicating that a settlement agreement was reached.  (Doc. No. 111).  However, defense counsel's signature was absent from the notice.

    "[U]nder Rule 41(a)(1)(A)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted).  As Defendants have filed an Answer (Doc. No. 32) and Motion for Summary Judgment (Doc. No. 83), it appears the parties intended to dismiss this action

1

pursuant to Rule 41(a)(1)(A)(ii), which requires a stipulation of dismissal signed by all parties who have appeared in this action.

Accordingly, within **fourteen (14) days** from the date of service of this order, the parties shall file dispositional documents or a joint status report informing the Court of the status of the settlement agreement and dispositional documents.

Dated:  March 10, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2